# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**UNITED HUMANITY,**
    **Plaintiff/Applicant**
**Kimberly L. McGowen, as Trustee for**
**KIMBERLY L. MCGOWEN**
    **Plaintiff/Applicant**

**v.**             **CASE NO.  2:24-CV-01708-AMM**

**JP MORGAN CHASE BANK, NA**
**Aka Chase Auto Finance**
    **Defendant**
**Loss Prevention Services**
    **Defendant**

## NOTICE OF APPEARANCE

**COMES NOW**, Denzel E. Okinedo, of the law firm of Burr & Forman LLP, hereby enters an appearance as counsel of record for Defendant Loss Prevention Services, LLC. The Clerk of Court and counsel for all parties are respectfully requested to provide copies of future pleadings, process, orders, correspondence and other papers relating to this matter to undersigned counsel.

Respectfully submitted this 17th day of December, 2024.

                                          **LOSS PREVENTION SERVICES, LLC**

                                          */s/ Denzel E. Okinedo*
                                          Denzel E. Okinedo (ASB-1195-H21C)

                                          **BURR & FORMAN LLP**
                                          420 North 20th Street, Suite 3400
                                          Birmingham, Alabama 35203

> Telephone: (205) 251-3000
> Facsimile: (205) 458-5100
> dokinedo@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the parties served do not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 17 th day of December, 2024:

> William H. McGowen III
> 4215 Cliff Road South
> Birmingham, AL  35222
> Telephone (205) 422-4296
> billy@giving4life.com

>> */s/ Denzel E. Okinedo*
>> Denzel E. Okinedo