# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED HUMANITY,**
 **Plaintiff/Applicant**
**Kimberly L. McGowen, as Trustee for**
**KIMBERLY L. MCGOWEN**
 **Plaintiff/Applicant**
**v.**            **CASE NO. 2:24-cv-01708-AMM**

**JP MORGAN CHASE BANK, NA**
**Aka Chase Auto Finance**
 **Defendant**
**Loss Prevention Services**
 **Defendant**

## MOTION TO DISMISS

**COMES NOW** Defendants JPMorgan Chase Bank, NA ("Chase") and Loss Prevention Services ("LPS"), and file this their Motion to Dismiss, and the support thereof which shall under the Court the following, to wit:

1. The claims asserted by Plaintiffs in this matter relate to the repossession of an automobile on October 31, 2024. Specifically, Plaintiffs contend that the repossession violated the Fourth Amendment of the United States Constitution. They also assert that they satisfied their underlying financial obligations relating to that vehicle through "a Negotiable Instrument, Bill of Exchange, Unconditional Promise to Pay."

56106308 v2

2. None of Plaintiff's claims are plausible. *See* Fed.R.Civ.P. 12(b)(6). The Fourth Amendment does not apply to self-help repossession. Moreover, the provisions of the UCC that permit self-help repossession are not unconstitutional.

3. Plaintiff's also cannot satisfy their financial obligations for the underlying indebtedness through a frivolous and worthless "Negotiable Instrument, Bill of Exchange, Unconditional Promise to Pay."

4. In support of the interested Motion, Chase and LPS rely upon their supporting memorandum and the following exhibits:

Exhibit "A"   Certificate of Title for a Vehicle

WHEREFORE, PREMISES CONSIDERED, Chase and LPS pray that this action be dismissed and that all of Plaintiffs' claims against them be dismissed with prejudice. Chase and LPS further pray for general relief.

Respectfully submitted this 20th day of December, 2024.

**JPMORGAN CHASE BANK, NA and LOSS PREVENTION SERVICES, LLC**

*/s/ Denzel E. Okinedo*
Denzel E. Okinedo (ASB-1195-H21C)

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
dokinedo@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2024, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

William H. McGowen III
4215 Cliff Road South
Birmingham, AL  35222
Telephone (205) 422-4296
billy@giving4life.com

*/s/ Denzel E. Okinedo*
Denzel E. Okinedo