

# STATE OF ALABAMA
## DEPARTMENT OF REVENUE

# CERTIFICATE OF TITLE FOR A VEHICLE

| TITLE NO. | VEHICLE IDENTIFICATION NUMBER | TRANS CODE | DATE ISSUED |
|---|---|---|---|
| 9551 | 625004 | 90 | 03/13/2020 |

| YR MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO. |
|---|---|---|---|---|
| 2020 | JAGUAR | F-PACE | SUV | |

| CYL | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 08 | XX | | | 02/27/2020 | 1 | BLACK | 000267 |

NAME(S) AND MAILING ADDRESS OF OWNER(S)
MCGOWEN KIMBERLY LEVAUGHN

BIRMINGHAM AL 35222

MAIL TO
JP MORGAN CHASE BANK
PO BOX 901098
FT WORTH TX 76101

RESIDENT ADDRESS IF DIFFERENT

LEGEND(S)
ODOMETER: ACTUAL

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged

_____
First Lienholder

By _____
Signature of Authorized Agent

Date _____

1ST LIENHOLDER'S NAME, ADDRESS AND LIEN DATE  02/27/2020
JP MORGAN CHASE BANK
PO BOX 901098
FT WORTH TX 76101

2ND LIENHOLDER'S NAME, ADDRESS AND LIEN DATE

_____
Second Lienholder

By _____
Signature of Authorized Agent

Date _____



This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle laws of this state, and the applicant named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien(s) show hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute to the United States, this State or any political subdivision of this State or other encumbrances not required to be filed with this Department

**CONTROL NUMBER**
**53189976**

KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE

Exhibit "A"

FEDERAL and State Law requires that you state the mileage in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment.

**\*\*\* NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT and all assignments that follow \*\*\***

- **ASSIGNMENT OF TITLE BY REGISTERED OWNER** (not valid unless completed in full)-I/we warrant this Title and certify that the vehicle described herein has been transferred on ___/___/___ to the following:

  Buyer(s)- _____ Address- _____
  I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked

  ► ODOMETER READING _____ [NO TENTHS] [*CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK]
  ☐ 1. The mileage stated is in excess of its mechanical limits
  ☐ 2. The odometer reading is not the Actual Mileage - **WARNING-ODOMETER DISCREPANCY**

  SIGNATURE(S): of Buyer(s)-X_____ of Seller(s)-X_____
  PRINTED NAME(S): of Buyer(s)-_____ of Seller(s)-_____
  LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE")  \* \* \* \* \* \* \* \*
  NAME OF 1st LIENHOLDER:_____
  ADDRESS OF 1st LIENHOLDER:_____

- **FIRST RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No.** _____
  I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:

  Buyer(s)- _____ Address- _____
  I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked

  ► ODOMETER READING _____ [NO TENTHS] [*CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK]
  ☐ 1. The mileage stated is in excess of its mechanical limits
  ☐ 2. The odometer reading is not the Actual Mileage - **WARNING-ODOMETER DISCREPANCY**
  Date of Sale ___/___/___

  SIGNATURE(S): of Buyer(s)-X_____ of Seller(s)-X_____
  PRINTED NAME: of Buyer(s)-_____ of Seller(s)-_____
  LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE")  \* \* \* \* \* \* \* \*
  NAME OF 1st LIENHOLDER:_____
  ADDRESS OF 1st LIENHOLDER:_____

- **SECOND RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No.** _____
  I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:

  Buyer(s)- _____ Address- _____
  I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked.

  ► ODOMETER READING _____ [NO TENTHS] [*CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK]
  ☐ 1. The mileage stated is in excess of its mechanical limits
  ☐ 2. The odometer reading is not the Actual Mileage - **WARNING-ODOMETER DISCREPANCY**
  Date of Sale ___/___/___

  SIGNATURE(S): of Buyer(s)-X_____ of Seller(s)-X_____
  PRINTED NAME: of Buyer(s)-_____ of Seller(s)-_____
  LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE")  \* \* \* \* \* \* \* \*
  NAME OF 1st LIENHOLDER:_____
  ADDRESS OF 1st LIENHOLDER:_____

- **THIRD RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No.** _____
  I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:

  Buyer(s)- _____ Address- _____
  I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked

  ► ODOMETER READING _____ [NO TENTHS] [*CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK]
  ☐ 1. The mileage stated is in excess of its mechanical limits
  ☐ 2. The odometer reading is not the Actual Mileage - **WARNING-ODOMETER DISCREPANCY**
  Date of Sale ___/___/___

  SIGNATURE(S): of Buyer(s)-X_____ of Seller(s)-X_____
  PRINTED NAME: of Buyer(s)-_____ of Seller(s)-_____
  LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE")  \* \* \* \* \* \* \* \*
  NAME OF 1st LIENHOLDER:_____
  ADDRESS OF 1st LIENHOLDER:_____