# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED HUMANITY and KIMBERLY L. MCGOWEN,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JP MORGAN CHASE BANK, N.A. and LOSS PREVENTION SERVICES** )<br>)<br>**Defendants.** ) | **Case No.: 2:24-cv-01708-AMM** |

## ORDER

On December 20, 2024, defendants JP Morgan Chase Bank, N.A. and Loss Prevention Services filed a motion to dismiss the claims brought by plaintiffs United Humanity and Kimberly L. McGowen. Plaintiffs' response was due on January 13, 2025. As of the date of this order, no response has been filed.

United Humanity and Ms. McGowen are **ORDERED** to show cause within fourteen days of this order, why their claims against Chase Bank and Loss Prevention Services should not be dismissed with prejudice for failure to prosecute them.

**DONE** and **ORDERED** this 27th day of January, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE