FILED
2025 Apr-01  AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED HUMANITY and** | ) | |
| **KIMBERLY L. MCGOWEN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: 2:24-cv-01708-AMM** |
| **v.** | ) | |
| | ) | |
| **JP MORGAN CHASE BANK,** | ) | |
| **N.A. and LOSS PREVENTION** | ) | |
| **SERVICES** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On December 20, 2024, defendants JP Morgan Chase Bank, N.A. and Loss Prevention Services filed a motion to dismiss the claims brought by plaintiffs United Humanity and Kimberly L. McGowen. Doc. 6. The court allowed the plaintiffs an opportunity to respond by January 13, 2025. Doc. 8. The plaintiffs did not file a response. On January 27, 2025, the court ordered the plaintiffs to show cause why their claims against the defendants should not be dismissed for failure to prosecute them. Doc. 10. On March 25, 2025, the defendants filed a notice, requesting the court to dismiss the plaintiffs' claims with prejudice because of plaintiffs' unresponsiveness. Doc. 11. As of the date of this order, the plaintiffs have not responded to the court's order or made further filings to prosecute their claims. Accordingly, United Humanity's and Ms. McGowen's claims against JP Morgan

Chase Bank, N.A. and Loss Prevention Services are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

    **DONE** and **ORDERED** this 1st day of April, 2025.

_____

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

2